UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Linda Cruz-Packer** <br> **4800 Megan Drive** <br> **Clinton, Maryland 20735** <br><br> Plaintiff, <br><br> v. <br><br> **Department of Youth** <br> **Rehabilitation Services** <br> **Youth Services Center** <br> **1000 Mt. Olivet Road, N.E.** <br> **Washington, D.C. 20002** <br><br> **Vincent Schiraldi, Director** <br> **1000 Mt. Olivet Road, N.E.** <br> **Washington, D.C. 20002** <br><br> **David Brown, Deputy Director,** <br> **8300 Riverton Court** <br> **Laurel, Maryland  20724** <br><br> **Mark Schindler, Chief of Staff** <br> **8300 Riverton Court** <br> **Laurel, Maryland  20724** <br><br> **LaVern Evans, Superintendent** <br> **8300 Riverton Court** <br> **Laurel, Maryland  20724** <br><br> **Pili Robinson, Senior Consultant to the** <br> **Department of Youth Rehabilitation** <br> **The Missouri Youth Service Institute** <br> **1906 Hayselton, Drive** <br> **Jefferson City, MO 65109** <br><br> **Fitzgerald Fant, Human Resources** <br> **Manager** <br> **/EEO Officer** <br> **8300 Riverton Court** <br> **Laurel, Maryland  20724** | Civil Action No.: 06-2263 |

| | |
|---|---|
| **D.J. Thomas, Deputy Superintendent** | ) |
| **of Operations** | ) |
| **8300 Riverton Court** | ) |
| **Laurel, Maryland  20724** | ) |
| | |
| **Dexter Dunbar, Deputy Superintendent** | ) |
| **of Treatment** | ) |
| **8300 Riverton Court** | ) |
| **Laurel, Maryland  20724** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER

Pursuant to Fed. Civ. P. R. 6(b), the defendants Vincent Schiraldi, David Brown, Mark Schindler, LaVern Evans, Dexter Dunbar, D.J. Thomas and Fitzgerald Fant, hereby move for enlargement of time to file an answer or responsive pleading, up to and including January 19, 2007, and as grounds therefor state as follows:

1. Undersigned counsel was recently assigned the above action.  This action was originally filed in the Superior Court of the District of Columbia and removed to the United States District Court for the District of Columbia on December 29, 2006. FRE 81(c) requires that answers to removed actions be filed " . . . within 5 days after filing of removal petition".

2. Undersigned counsel has been preparing for the trial *Thomas v. DC* , CA 03-32, which is scheduled for January 8, 2006 before Judge Royce Lamberth.  Despite counsel's best efforts to prepare a responsive pleading to plaintiff's complaint, due to counsel's trial schedule, counsel needs additional time to complete a responsive pleading.

3.  The defendants respectfully request that this Court extend the time to file a responsive pleading to plaintiff's complaint to January 19, 2007.

4. The plaintiff consents to the requested relief.

For all the above-stated reasons and those set forth in the accompanying memorandum of points and authorities, additional time up to and including January 19, 2007, is requested to file an answer to plaintiff's complaint.

                                        Respectfully submitted,

                                        LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

    /s/
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

    /s/
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

## **CERTIFICATE PURSUANT TO RULE 7.1(m)**

I hereby certify that the plaintiff consents to an enlargement of time.

                                          /s/
                                    LEAH BROWNLEE TAYLOR [488966

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Linda Cruz-Packer** <br> **4800 Megan Drive** <br> **Clinton, Maryland 20735** <br><br> Plaintiff, <br><br> v. <br><br> **Department of Youth** <br> **Rehabilitation Services** <br> **Youth Services Center** <br> **1000 Mt. Olivet Road, N.E.** <br> **Washington, D.C. 20002** <br><br> **Vincent Schiraldi, Director** <br> **1000 Mt. Olivet Road, N.E.** <br> **Washington, D.C. 20002** <br><br> **David Brown, Deputy Director,** <br> **8300 Riverton Court** <br> **Laurel, Maryland 20724** <br><br> **Mark Schindler, Chief of Staff** <br> **8300 Riverton Court** <br> **Laurel, Maryland 20724** <br><br> **LaVern Evans, Superintendent** <br> **8300 Riverton Court** <br> **Laurel, Maryland 20724** <br><br> **Pili Robinson, Senior Consultant to the** <br> **Department of Youth Rehabilitation** <br> **The Missouri Youth Service Institute** <br> **1906 Hayselton, Drive** <br> **Jefferson City, MO 65109** <br><br> **Fitzgerald Fant, Human Resources** <br> **Manager** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br><br><br><br><br><br><br><br><br> Civil Action No.: 06-2263 |

| | |
|---|---|
| /EEO Officer | ) |
| 8300 Riverton Court | ) |
| Laurel, Maryland  20724 | ) |
| D.J. Thomas, Deputy Superintendent | ) |
| of Operations | ) |
| 8300 Riverton Court | ) |
| Laurel, Maryland  20724 | ) |
| | |
| Dexter Dunbar, Deputy Superintendent | ) |
| of Treatment | ) |
| 8300 Riverton Court | ) |
| Laurel, Maryland  20724 | ) |
| | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME

In support of its Motion, the parties rely upon the following authorities:

1. Inherent Power of the Court.

2. Fed. Civ. P. R. 6(b).

3. The plaintiff's consent.

4. The record herein.

                                               Respectfully submitted,

                                               LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

   /s/
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

   /s/
LEAH BROWNLEE TAYLOR [488966]

Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Linda Cruz-Packer ) | |
| 4800 Megan Drive ) | |
| Clinton, Maryland 20735 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Department of Youth ) | |
| Rehabilitation Services ) | |
| Youth Services Center ) | |
| 1000 Mt. Olivet Road, N.E. ) | |
| Washington, D.C. 20002 ) | |
| ) | |
| Vincent Schiraldi, Director ) | Civil Action No.: 06-2263 |
| 1000 Mt. Olivet Road, N.E. ) | |
| Washington, D.C. 20002 ) | |
| ) | |
| David Brown, Deputy Director, ) | |
| 8300 Riverton Court ) | |
| Laurel, Maryland 20724 ) | |
| ) | |
| Mark Schindler, Chief of Staff ) | |
| 8300 Riverton Court ) | |
| Laurel, Maryland 20724 ) | |
| ) | |
| LaVern Evans, Superintendent ) | |
| 8300 Riverton Court ) | |
| Laurel, Maryland 20724 ) | |
| ) | |
| Pili Robinson, Senior Consultant to the ) | |
| Department of Youth Rehabilitation ) | |
| The Missouri Youth Service Institute ) | |
| 1906 Hayselton, Drive ) | |
| Jefferson City, MO 65109 ) | |
| ) | |
| Fitzgerald Fant, Human Resources ) | |
| Manager ) | |
| /EEO Officer ) | |
| 8300 Riverton Court ) | |
| Laurel, Maryland 20724 ) | |

| | |
|---|---|
| **D.J. Thomas, Deputy Superintendent** <br> **of Operations** <br> **8300 Riverton Court** <br> **Laurel, Maryland 20724** | ) <br> ) <br> ) <br> ) |
| | |
| **Dexter Dunbar, Deputy Superintendent** <br> **of Treatment** <br> **8300 Riverton Court** <br> **Laurel, Maryland 20724** | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
|           **Defendants.** | ) <br> ) |

## ORDER

Upon consideration of the Motion for Enlargement of Time to File an Answer, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2007,

ORDERED: That the motion shall be and the same is hereby granted; it is,

FURTHER ORDERED: That the time to file an answer is extended up to and including January 19, 2007.

                                                  _____
                                                  JUDGE, UNITED STATES DISTRICT COURT
                                                  FOR THE DISTRICT OF COLUMBIA