United States District Court For the
~~SUPERIOR COURT~~ OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

Linda Cruz-Packer

        Plaintiff

v.                            Civil Action No. 06-2263-RWR   12/29/06

Department of Youth Rehabilitation
Services, et al.

        Defendants

## MOTION TO REQUEST EXTENSION OF TIME
## TO RESPOND TO PILI ROBINSON'S
## MOTION TO DISMISS

Defendant, PILI ROBINSON, has filed a motion to dismiss "[Plaintiff's complaint against him in the above-captioned matter. Defendant argues that pursuant to Rules 12(b) (5) and (6) of the District of Columbia Rules of Civil Procedures that the complaint against him be dismissed.

Plaintiff has been out of town attending to family business and only returned on January 15, 2007, to find out about the motion to dismiss. Therefore, Plaintiff is respectfully requesting an extension of time (preferably two weeks) to respond to Pili Robinson's motion to dismiss.

Submitted this 19th day of January, 2007.

_Linda Cruz-Packer_
Linda Cruz-Packer
4800 Megan Drive
Clinton, Maryland 20735

**RECEIVED**
JAN 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I certify that a copy of this Motion to Request an Extension of time to respond to Pili Robinson's Motion to Dismiss was sent by regular mail on this 19th day of January 2007, to the following parties:

**Vincent Schiraldi, Director**
1000 Mt. Olivet Road, N.E.
Washington, D.C. 20002

**David Brown, Deputy Director**
8300 Riverton Court
Laurel, Maryland 20724

**Mark Schindler, Chief of Staff**
8300 Riverton Court
Laurel, Maryland 20724

**LaVern Evans, Superintendent**
8300 Riverton Court
Laurel, Maryland 20724

**Dexter Dunbar, Deputy Superintendent of Treatment**
8300 Riverton Court
Laurel, Maryland 20724

**D.J. Thomas, Deputy Superintendent of Operations**
8300 Riverton Court
Laurel, Maryland 20724

**Fitzgerald Fant, Human Resource Manager/ EEO Officer**
8300 Riverton Court
Laurel, Maryland 20724

**Pili Robinson, Senior Consultant**
Andrew T. Wise, Esquire
Miller & Chevalier Chartered
655 15th Street NW
Suite 900
Washington, DC 20005

Respectfully Submitted,

*Linda Cruz-Packer*
Linda Cruz-Packer
4800 Megan Drive
Clinton, Maryland 20735