UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LINDA CRUZ-PACKER** | ) | C.A. No.: 06-2263 (RWR) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Department of Youth Rehabilitation Services, *et al.* | ) | |
| Defendants. | ) | |

### MOTION REQUESTING MEDIATION

Comes now the Plaintiff, LINDA CRUZ-PACKER, acting on her own behalf, hereby moves this Honorable Court to enter an Order for Mediation and offers in support the following:

### MEMORANDUM OF POINTS AND AUTHORITIES

1. On November 21, 2006, Plaintiff made a *prima facie* case of retaliation, discrimination, and public policy wrongful discharge.

2. On November 29, 2006, Plaintiff filed amendment to complaint.

3. The Plaintiff requested that she is awarded compensatory and punitive damages in the combined total of $1,500,000.00 for the defendant's misconduct and violations of public policy, and reinstatement of a career service status position within the agency for which she is qualified.

4. On January 3, 2007, Plaintiff's case **C.A. No.: 0008419-06** was transferred to United States District Court **C.A. No.: 06-2263 (RWR)**.

5. Case Management Order – January 3, 2007, instructed the parties to confer pursuant to Federal

RECEIVED MAY 21 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

Rule of Civil Procedure 26(f) and Local Civil Rule 16.3.

6. On February 7, 2007, Plaintiff mailed letter to defendants' attorney proposing mediation.

7. Pursuant to **Local Rule LCvR 16.3(a)** counsel are required to meet within 21 days after the defendant enters an appearance in a case. Thus, even if the presiding judge does not suggest that counsel consider mediation, *LCvR 16.3(a)* requires them to do so.

8. Defendant has failed to comply with *LCvR 16.3(a)* as required.

9. Defendant has failed to comply with the court's Case Management Order –January 3, 2007.

## ARGUMENT

Plaintiff is entitled to settlement and alternative dispute resolution as ordered by the court. *See* Case Management Order at p. 5 and 6. In compliance with the Case Management Order, Plaintiff has tried in good faith to settle the dispute by mediation as evident in Plaintiff's mediation proposal. *See* Mediation Letter. It has been 104 days since Plaintiff proposed mediation to the defendant. However, the defendant has failed to respond to Plaintiff's proposal and continues to ignore the Case Management Order. Plaintiff continues to acknowledge that mediation is appropriate in this matter. Resolving the dispute through mediation will eliminate the need for costly discovery and provide for timely solutions in all matters for everyone.

**WHEREFORE,** LINDA CRUZ-PACKER respectfully requests that the Court enter an order granting mediation.

Dated: **May 21, 2007**

*Linda Cruz-Packer*
Linda Cruz-Packer
4800 Megan Drive
Clinton, Maryland 20735

## CERTIFICATE PURSUANT TO RULE 5 (e) and 5 (i)

I hereby certify that I sent a copy of this motion to chambers.

*Linda Cruz-Packer*
Linda Cruz-Packer

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Opposition of Defendant's Motion was mailed first, class, postage pre-paid, this 21st day of May, 2007 to:

Andrew T. Wise
MILLER & CHEVALIER CHTD
655 Fifteenth St., N.W.
Suite 900
Washington, D.C. 20005-5701

Leticia L. Valdes, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001

*Linda Cruz-Packer*
Linda Cruz-Packer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LINDA CRUZ-PACKER** | ) | C.A. No.:   06-2263 (RWR) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Department of Youth Rehabilitation Services, *et al.* | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Plaintiff's Motion for Mediation, it is this _____ day of _____ 2007,

**ORDERED**, that Plaintiff's Motion be and hereby is **GRANTED**.

_____
JUDGE

Copies to:

Linda Cruz-Packer
4800 Megan Drive
Clinton, Maryland

Leticia L. Valdes, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001

Andrew T. Wise
MILLER & CHEVALIER CHTD
655 Fifteenth St., N.W.
Suite 900
Washington, D.C. 20005-5701