UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Linda Cruz-Packer** ) | |
| **4800 Megan Drive** ) | |
| **Clinton, Maryland 20735** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **District of Columbia** ) | |
| ) | |
| ) | |
| **Vincent Schiraldi, Director** ) | **Civil Action No.: 06-2263** |
| **1000 Mt. Olivet Road, N.E.** ) | |
| **Washington, D.C. 20002** ) | |
| ) | |
| **David Brown, Deputy Director,** ) | |
| **8300 Riverton Court** ) | |
| **Laurel, Maryland 20724** ) | |
| ) | |
| **Mark Schindler, Chief of Staff** ) | |
| **8300 Riverton Court** ) | |
| **Laurel, Maryland 20724** ) | |
| ) | |
| **LaVern Evans, Superintendent** ) | |
| **8300 Riverton Court** ) | |
| **Laurel, Maryland 20724** ) | |
| ) | |
| **Pili Robinson, Senior Consultant to the** ) | |
| **Department of Youth Rehabilitation** ) | |
| **The Missouri Youth Service Institute** ) | |
| **1906 Hayselton, Drive** ) | |
| **Jefferson City, MO 65109** ) | |
| ) | |

1

| | |
|---|---|
| **Fitzgerald Fant, Human Resources** | ) |
| **Manager** | ) |
| **/EEO Officer** | ) |
| **8300 Riverton Court** | ) |
| **Laurel, Maryland  20724** | ) |
| | ) |
| **D.J. Thomas, Deputy Superintendent** | ) |
| **of Operations** | ) |
| **8300 Riverton Court** | ) |
| **Laurel, Maryland  20724** | ) |
| | ) |
| | ) |
| **Dexter Dunbar, Deputy Superintendent** | ) |
| **of Treatment** | ) |
| **8300 Riverton Court** | ) |
| **Laurel, Maryland  20724** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR MEDIATION

Defendants District of Columbia, Vincent Schiraldi, David Brown, Mark Schindler, LaVern Evans, Dexter Dunbar, D.J. Thomas, and Fitzgerald Fant (hereinafter "defendants"), by and through undersigned counsel, oppose the plaintiff's motion for mediation and  as grounds therefor, the defendants state that:

1)   On March 2, 2007, the defendants filed a motion to dismiss the plaintiff's February 22, 2007 Amended Complaint.

2)   On April 3, 2007, this Court ordered the plaintiff to respond to the defendants' motion by May 3, 2007, or else the matter would be conceded.

3)   Plaintiff responded to defendant Pili Robinson's motion to dismiss, but notably failed to file any response to the defendants' motion as ordered by the Court.

4)   The defendants' motion to dismiss is ripe for judgment as a matter of law.

5)   The defendants oppose mediation and certify that the parties would not benefit

2

from alternative dispute resolution or a neutral evaluation in light of the meritorious grounds set forth in the defendants' motion to dismiss and the plaintiff's lack of response thereto. See LCvR 16.3(5).

4) For the above stated reasons, the defendants' respectfully request that the Court deny the plaintiff's motion for mediation and grant dismissal and/or judgment as a matter of law in favor of these defendants.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/   (by PL)
        PATRICIA A. JONES [428132]
        Chief, General Litigation, Section IV

        /s/
        LEAH BROWNLEE TAYLOR [488966]
        Assistant Attorney General
        441 4th Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-7854; (202) 727-6295
        leah.taylor@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Linda Cruz-Packer ) <br> 4800 Megan Drive ) <br> Clinton, Maryland 20735 ) <br>  ) <br>        Plaintiff, ) <br>  ) <br>        v. ) <br>  ) <br> **Department of Youth** ) <br> **Rehabilitation Services** ) <br> **Youth Services Center** ) <br> 1000 Mt. Olivet Road, N.E. ) <br> Washington, D.C. 20002 ) <br>  ) <br> **Vincent Schiraldi, Director** ) <br> 1000 Mt. Olivet Road, N.E. ) <br> Washington, D.C. 20002 ) <br>  ) <br> **David Brown, Deputy Director,** ) <br> 8300 Riverton Court ) <br> Laurel, Maryland 20724 ) <br>  ) <br> **Mark Schindler, Chief of Staff** ) <br> 8300 Riverton Court ) <br> Laurel, Maryland 20724 ) <br>  ) <br> **LaVern Evans, Superintendent** ) <br> 8300 Riverton Court ) <br> Laurel, Maryland 20724 ) <br>  ) <br> **Pili Robinson, Senior Consultant to the** ) <br> **Department of Youth Rehabilitation** ) <br> The Missouri Youth Service Institute ) <br> 1906 Hayselton, Drive ) <br> Jefferson City, MO 65109 ) <br>  ) <br> **Fitzgerald Fant, Human Resources** ) <br> **Manager/EEO Officer** ) <br> 8300 Riverton Court ) <br> Laurel, Maryland 20724 ) | Civil Action No.: 06-2263 |

| | |
|---|---|
| **D.J. Thomas, Deputy Superintendent** | ) |
| **of Operations** | ) |
| **8300 Riverton Court** | ) |
| **Laurel, Maryland  20724** | ) |
| | ) |
| **Dexter Dunbar, Deputy Superintendent** | ) |
| **of Treatment** | ) |
| **8300 Riverton Court** | ) |
| **Laurel, Maryland  20724** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## O R D E R

Upon consideration of the defendants District of Columbia, Vincent Schiraldi, David Brown, Mark Schindler, LaVern Evans, Dexter Dunbar, D.J. Thomas, and Fitzgerald Fant's Motion to Dismiss, plaintiff's response thereto, if any, and the record herein, it is by the Court this _____ day of _____, 2007,

ORDERED:   that the plaintiff's Motion for Mediation is DENIED for the reasons set forth in the defendants' motion; and it is

FURTHER ORDERED:   that plaintiff's Amended Complaint be DISMISSED against all named defendants.

_____
JUDGE, United States District Court for the District of Columbia

cc:   Leah Brownlee Taylor
      Assistant Attorney General
      441-4th Street NW,  6th Floor South
      Washington, DC  20001

      Ms. Linda Cruz-Packer
      4800 Megan Drive
      Clinton, Maryland 20735