UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Linda Cruz-Packer,**<br><br>   **Plaintiff.**<br><br>   v.<br><br>**District of Columbia, et al.**<br><br>   **Defendants.** | Civil Action No.: 06-2263 (RWR) |

**DEFENDANT PILI ROBINSON'S MEMORANDUM
IN OPPOSITION TO PLAINTIFF'S MOTION REQUESTING MEDIATION**

  PILI ROBINSON, through undersigned counsel, respectfully opposes the plaintiff's motion requesting mediation and submits the following points in support of that opposition:

  1. Plaintiff filed an amended complaint in this case on February 22, 2007.

  2. Mr. Robinson filed a motion to dismiss the amended complaint on March 12, 2007.

  3. After the Court ordered plaintiff to respond to Mr. Robinson's motion to dismiss or face the prospect of having the motion deemed conceded, plaintiff filed an opposition on May 3, 2007.

  4. Mr. Robinson filed a reply on May 11, 2007.

  5. In her motion requesting mediation, plaintiff correctly notes that the parties have not met pursuant to Local Rule 16.3(a). Counsel for Mr. Robinson has sent a letter to plaintiff

765461.1

- 2 -

suggesting available dates for such a meeting. Attachment A. The parties are presently scheduled to meet on the morning of June 4, 2007.

6.     Given the foregoing, Mr. Robinson submits that plaintiff's motion requesting mediation is premature. Mr. Robinson has a pending motion to dismiss that, if granted, would resolve all of the outstanding issues in the case. Moreover, the parties have not met to discuss the topics listed in Rule 16(c), including but not limited to whether there is a potential benefit to be drawn from some form of alternative dispute resolution.

7.     Mr. Robinson therefore opposes the plaintiff's motion requesting mediation and requests that it be denied.

Respectfully submitted,

_____
Andrew T. Wise, #456-865
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
(202) 626-5800

Attorney for PILI ROBINSON

Dated: May 30, 2007

- 2 -

765461.1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Memorandum was served by mail, postage prepaid, this 30th day of May, 2007, upon the parties listed below:

Linda Cruz-Packer
4800 Megan Drive
Clinton, Maryland 20735

Leah Brownlee Taylor, Esq.
Assistant Attorney General
441 4th Street, NW; Sixth Floor South
Washington, D.C. 20001

*/s/ Andrew T. Wise*
Andrew T. Wise

765461.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Linda Cruz-Packer, )<br>)<br>Plaintiff. )<br>)<br>)<br>v. )<br>)<br>)<br>District of Columbia, et al. )<br>)<br>Defendants. )<br>) | Civil Action No.: 06-2263 (RWR) |

### ORDER

Upon consideration of plaintiffs Motion Requesting Mediation and defendant Pili Robinson's Opposition thereto, it is, this _____ day of _____ 2007:

ORDERED that the Motion Requesting Mediation is DENIED.

_____
The Honorable Richard W. Roberts
Judge, United Stated District Court for the
   District of Columbia

- 4 -

765461.1

- 5 -

Copies to:

Linda Cruz-Packer
4800 Megan Drive
Clinton, Maryland 20735

Andrew T. Wise, Esq.
Miller & Chevalier Chartered
655 15th Street Northwest
Suite 900
Washington, D.C. 20005-5701

Leah Brownlee Taylor, Esq.
Assistant Attorney General
441 4th Street, NW, Sixth Floor South
Washington, D.C. 20001

765461.1



**MILLER & CHEVALIER**
CHARTERED

655 FIFTEENTH STREET, N.W., SUITE 900
WASHINGTON, D.C. 20005-5701
202.626.5800  FAX: 202.628.0858
WWW.MILLERCHEVALIER.COM

ANDREW T. WISE
(202) 626-5818
awise@milchev.com

May 22, 2007

Ms. Linda Cruz-Packer
4800 Megan Drive
Clinton, MD 20735

      Re:    *Cruz-Packer v. Department of Youth Services, et al.*

Dear Ms. Cruz-Packer:

     I write to schedule a meeting with you regarding the lawsuit that you have filed against Pili Robinson captioned *Linda Cruz-Packer v. Department of Youth Services, et al.,* Case Number 1:06-cv-2263. As you noted in your Motion for Mediation filed earlier today, the parties have not met as required by Local Rule 16.3. I am available May 30 or 31, June 4-6, and June 8 to meet with you. If there is a time during one of those days that you are available, please let me know. I will arrange to have a conference room available at my office, which is located at 655 Fifteenth Street, N.W., in Washington, D.C.

     In order to expedite the process, please feel free to call me at (202) 626-5818 if you have any questions.

                                   Sincerely,

                                   Andrew T. Wise