**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LINDA CRUZ-PACKER | ) | C.A. No.:   06-2263 (RWR) |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Department of Youth Rehabilitation | ) | |
| Services, *et al.* | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION REQUESTING APPOINTMENT OF MEDIATION ATTORNEY

Comes now the Plaintiff, LINDA CRUZ-PACKER, acting on her own behalf, hereby moves this Honorable Court to appoint a court mediation attorney to represent the Plantiff in any and all mediation efforts regarding the Defendants identified with the Department of Youth Rehabilitation Services, et al and offers in support the following:

## MEMORANDUM OF POINTS AND AUTHORITIES

1. On November 21, 2006, Plaintiff made a *prima facie* case of retaliation, discrimination, and public policy wrongful discharge.

2. On November 29, 2006, Plaintiff filed amendment to complaint.

3. The Plaintiff requested that she is awarded compensatory and punitive damages in the combined total of $1,500,000.00 for the defendant's misconduct and violations of public policy, and reinstatement of a career service status position within the agency for which she is qualified.

4. On January 3, 2007, Plaintiff's case **C.A. No.: 0008419-06** was transferred to United States

RECEIVED
MAY 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

District Court C.A. No.:  06-2263 (RWR).

5.  Case Management Order – January 3, 2007, instructed the parties to confer pursuant to Federal

Rule of Civil Procedure 26(f) and Local Civil Rule 16.3.

6.  On February 7, 2007, Plaintiff mailed letter to defendants' attorney proposing mediation.

7.  Pursuant to **Local Rule LCvR 16.3(a)** counsel are required to meet within 21 days after the

defendant enters an appearance in a case.  Thus, even if the presiding judge does not suggest

that counsel consider mediation, *LCvR 16.3(a)* requires them to do so.

8.  Defendant has failed to comply with *LCvR 16.3(a)* as required.

9.  Defendant has failed to comply with the court's Case Management Order –January 3, 2007.

10.  On May 21, 2007,  the Plantiff filed a motion requesting mediation.

## ARGUMENT

Plaintiff is entitled to settlement and alternative dispute resolution as ordered by the court. *See*

Case Management Order at p. 5 and 6.  In compliance with the Case Management Order, Plaintiff has

tried in good faith to settle the dispute by mediation as evident in Plaintiff's mediation proposal. *See*

Mediation Letter. It has been 112 days since Plaintiff proposed mediation to the defendant.  However, the

defendant has failed to respond to Plaintiff's proposal and continues to ignore the Case Management

Order.  Plaintiff continues to acknowledge that mediation is appropriate in this matter.  Resolving the

dispute through mediation will eliminate the need for costly discovery and provide for timely solutions in

all matters for everyone.

**WHEREFORE,** LINDA CRUZ-PACKER respectfully requests that the Court grant her request

for a court appointed attorney to assist her with mediation.

Dated: **May 28, 2007**

Linda Cruz-Packer
4800 Megan Drive
Clinton, Maryland 20735

## CERTIFICATE PURSUANT TO RULE 5 (e) and 5 (i)

I hereby certify that I sent a copy of this motion to chambers.

*Linda Cruz-Packer*

Linda Cruz-Packer

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Motion was mailed first, class, postage pre-paid, this 28th day of May, 2007 to:


Andrew T. Wise
MILLER & CHEVALIER CHTD
655 Fifteenth St., N.W.
Suite 900
Washington, D.C. 20005-5701

Leticia L. Valdes, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001

*Linda Cruz-Packer*

Linda Cruz-Packer

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LINDA CRUZ-PACKER** | ) | **C.A. No.:**   **06-2263 (RWR)** |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **Department of Youth Rehabilitation** | ) | |
| **Services, *et al.*** | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Upon consideration of Plaintiff's Motion for request for mediation attorney, it is this

_____ day of _____ 2007,

**ORDERED,** that Plaintiff's Motion be and hereby is **GRANTED.**


_____
                                    **JUDGE**

**Copies to:**

Linda Cruz-Packer
4800 Megan Drive
Clinton, Maryland

Leticia L. Valdes, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001

Andrew T. Wise
MILLER & CHEVALIER CHTD
655 Fifteenth St., N.W.
Suite 900
Washington, D.C. 20005-5701