UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LINDA CRUZ-PACKER | ) | C.A. No.: 06-2263 (RWR) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | RECEIVED |
| | ) | JUN - 1 2007 |
| Department of Youth Rehabilitation Services, *et al.* | ) | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| Defendants. | ) | |

## PLAINTIFF'S REPONSE TO DEFENDANT PILI ROBINSON'S OPPOSITION TO PLAINTIFF'S MOTION FOR MEDIATION

Comes now the Plaintiff, LINDA CRUZ-PACKER, acting on her own behalf, hereby OPPOSSES the Defendant's opposition to Plaintiff's motion for mediation submitted by counselor for Defendant, Andrew Wise on May 30, 2007.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. On November 21, 2006, Plaintiff made a *prima facie* case of retaliation, discrimination, and public policy wrongful discharge.

2. On November 29, 2006, Plaintiff filed amendment to complaint which the agency *failed* to respond to, instead made a request that the amended complaint be dismissed.

3. On March 2, 2007, the Defendant's filed a motion to dismiss the Plaintiff's February 22, 2007, amended complaint.

4. On January 19, 2007, Plaintiff requested and was granted an extension until May 3, 2007, to respond to Pili Robinson's request that the case be dismissed against them.

5. On May 3, 2007, Plaintiff responded to the April 3, 2007, order from the court, regarding Pili Robinson.

6. Case Management Order – January 3, 2007, instructed the parties to confer pursuant to Federal

Rule of Civil Procedure 26(f) and Local Civil Rule 16.3.

7. On February 7, 2007, Plaintiff mailed letter to defendants' attorney proposing mediation.

8. Pursuant to **Local Rule LCvR 16.3(a)** counsel are required to meet within 21 days after the defendant enters an appearance in a case. Thus, even if the presiding judge does not suggest that counsel consider mediation, *LCvR 16.3(a)* requires them to do so.

9. Defendants have failed to comply with *LCvR 16.3(a)* as required.

11. Defendants have failed to comply with the court's Case Management Order –January 3, 2007.

12. Defendants failed to illustrate any argument or grounds identified in the rules of the US District Court for opposing mediation.

13. Mr. Wise voluntarily sent a letter to plaintiff identfying dates he would be available for mediation On May 22, 2007.

14. Mr. Wise has set a date for mediation to occur at his office with plaintiff on June 4, 2007.

## ARGUMENT

Defendants counsel stated that he now thinks it is too early to enter mediation even though he voluntarily entered into an agreement to meet to discuss mediation with the Plaintiff on June 4, 2007. Mr. Wise now joins the other Defendant's in support of their opposition that due to their motion put forward for dismissal of the Plaintiff's case against the Agency that they are opposing mediation. The Proposal of a motion to dismiss does not give grounds for another motion to be dismissed. The Defendants shouldn't get relief on this opposition based on requesting relief on a previous motion. The mere fact that they proposed a motion to get this case dismissed should not be grounds to ask for Plaintiff's motion for mediation to be dismissed, especially since their motion for the case to be dismissed, as of this date hasn't been granted by the court.

Also, noted counsel should not leap from an opposition to mediation, to dismissal of the case in its entirety.

Mediation, while not appropriate in all cases, would be beneficial in this case. Plaintiff is entitled to settlement and alternative dispute resolution as ordered by the court. *See* Case Management Order at p. 5 and 6. In compliance with the Case Management Order, Plaintiff has tried in good faith to settle the dispute by mediation as evident in Plaintiff's mediation proposal. Resolving the dispute through mediation will eliminate the need for costly discovery and provide for timely solutions in all matters for everyone.

**WHEREFORE**, LINDA CRUZ-PACKER respectfully requests that the Court grant mediation in this case and deny Defendants opposition.

Dated: **June 1, 2007.**

Linda Cruz-Packer<br>
4800 Megan Drive<br>
Clinton, Maryland 20735

### CERTIFICATE PURSUANT TO RULE 5 (e) and 5 (i)

I hereby certify that I sent a copy of this motion to chambers.

Linda Cruz-Packer

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's response was mailed postage pre-paid, this 1st day of June, 2007 to:

Andrew T. Wise
MILLER & CHEVALIER CHTD
655 Fifteenth St., N.W.
Suite 900
Washington, D.C. 20005-5701

Leticia L. Valdes, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001

_____
Linda Cruz-Packer