## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LINDA CRUZ-PACKER | ) | C.A. No.:  06-2263 (RWR) |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | |
| **Department of Youth Rehabilitation** | ) | |
| **Services,** *et al.* | ) | |
| **Defendants.** | ) | |
| | ) | |

## PLAINTIFF'S REPONSE TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR MEDIATION

Comes now the Plaintiff, LINDA CRUZ-PACKER, acting on her own behalf, hereby OPPOSSES

the Defendants opposition to Plaintiff's motion for mediation submitted by counselor for Defendants,

Leah Brownlee Taylor on May 29, 2007.

### MEMORANDUM OF POINTS AND AUTHORITIES

1. On November 21, 2006, Plaintiff made a *prima facie* case of retaliation, discrimination, and

   public policy wrongful discharge.

2. On November 29, 2006, Plaintiff filed amendment to complaint which the agency ***failed*** to respond to, instead made a request that the amended complaint be dismissed.

3. On March 2, 2007, the Defendant's filed a motion to dismiss the Plaintiff's February 22, 2007, amended complaint.

4. On January 29, 2007, Plaintiff responded to Defendant's response to dismiss complaint.

5. On January 19, 2007, Plaintiff requested and was granted an extension until May 3, 2007, to respond to Pili Robinson's and the Agencies request that the case be dismissed against them.

6. On May 3, 2007, Plaintiff responded to the April 3, 2007, order from the court, regarding Pili Robinson and also responded to DYRS's defendants by referring to my response that had already been submitted on January 29, 2007 in response to the Agencies first request that the complaint be dismissed.

RECEIVED

MAY 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

7.  Case Management Order – January 3, 2007, instructed the parties to confer pursuant to Federal

Rule of Civil Procedure 26(f) and Local Civil Rule 16.3.

8.  On February 7, 2007, Plaintiff mailed letter to defendants' attorney proposing mediation.

9.  Pursuant to ***Local Rule LCvR 16.3(a)*** counsel are required to meet within 21 days after the

defendant enters an appearance in a case.  Thus, even if the presiding judge does not suggest that

counsel consider mediation, *LCvR 16.3(a)* requires them to do so.

10. Defendants have failed to comply with *LCvR 16.3(a)* as required.

11.  Defendants have failed to comply with the court's Case Management Order –January 3, 2007.

12. Defendants failed to illustrate any argument or grounds identified in the rules of the US

District Court for opposing mediation.

## ARGUMENT

Defendants continue to think they do not have to adhere to any rules or regulations. Defendants

counsel stated in support of their opposition that due to their motion put forward for dismissal of the

Plaintiff's case against the Agency that they are opposing mediation. The Proposal of a motion to dismiss

does not give grounds for another motion to be dismissed. The Defendants shouldn't get relief on this

opposition based on requesting relief on a previous motion. The mere fact that they proposed a motion to

get this case dismissed should not be grounds to ask for Plaintiff's motion for mediation to be dismissed,

especially since their motion for the case to be dismissed, as of this date hasn't been granted by the court.

Defendants erroneously stated that Plaintiff failed to respond to the April 3, 2007, order by this

court. As a pro se litigant, my response was given by the way the law clerk explanation was received,

when clarification was sought as to how to incorporate a response that had already been submitted and

apply it to this new order by the court without rewriting the same explanation again. Please note my

response to the Agency was coupled in the following manner:

2

## PLAINTIFF'S OPPOSITION TO
## DEFENDANT'S MOTION TO DISMISS COMPLAINT

Pursuant to your order dated February 7, 2007, the plaintiff, Linda Cruz-Packer hereby opposes

the December 26, 2006, motion of the defendant Pili Robinson put forth to dismiss the above complaint

against him pursuant to Civ. P. Rule 12 (b) (5) (6) and all other arguments filed by Attorney Andrew T.

Wise, counsel for Pili Robinson. In addition, please refer to plaintiff's response to other DYRS

defendant's motion to dismiss submitted previously by plaintiff on January 30, 2007.


It should also be noted that the Plaintiff mistakenly put the wrong order date from the court, February 7,

2007, was the order date cited, when in retrospect, it should have been April 3, 2007. Please note that

Plaintiff stated that, "In addition, please refer to plaintiff's response to other DYRS defendant's ***motion to***

***dismiss*** submitted previously by plaintiff on January 30, 2007." By that I meant my January 30, 2007,

response to the Defendants motion to dismiss, was also my response to the April 3, 2007, order to

response to the motion to dismiss.

Also, noted counsel should not leap from an opposition to mediation, to dismissal of the case in its

entirety.


Mediation, while not appropriate in all cases, would be beneficial in this case.

Plaintiff is entitled to settlement and alternative dispute resolution as ordered by the court. *See*

Case Management Order at p. 5 and 6.  In compliance with the Case Management Order, Plaintiff has

tried in good faith to settle the dispute by mediation as evident in Plaintiff's mediation proposal.

Resolving the dispute through mediation will eliminate the need for costly discovery and provide for

timely solutions in all matters for everyone.

3

**WHEREFORE,** LINDA CRUZ-PACKER respectfully requests that the Court grant mediation in this case and deny Defendants opposition.

Dated: **May 31, 2007**

Linda Cruz-Packer
4800 Megan Drive
Clinton, Maryland 20735

## CERTIFICATE PURSUANT TO RULE 5 (e) and 5 (i)

I hereby certify that I sent a copy of this motion to chambers.

Linda Cruz-Packer

4

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA


## CERTIFICATE OF SERVICE


I hereby certify that a copy of the foregoing Plaintiff's response was mailed postage pre-paid, this

31st day of May, 2007 to:


Andrew T. Wise
MILLER & CHEVALIER CHTD
655 Fifteenth St., N.W.
Suite 900
Washington, D.C. 20005-5701

Leticia L. Valdes, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001


Linda Cruz-Packer