UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
LINDA CRUZ-PACKER,             )
                               )
        Plaintiff,             )
                               )
        v.                     )   Civil Action No. 06-2263 (RWR)
                               )
DISTRICT OF COLUMBIA et al.,   )
                               )
        Defendants.            )
                               )
_____)
```

### ORDER TO SHOW CAUSE

On March 20, 2008, an Order was entered in part granting plaintiff 30 days from March 20, 2008 to perfect service of process on the sole remaining defendant, the District of Columbia, but plaintiff has not filed proof that it served the District.  No answer has been filed by the District, nor has plaintiff sought entry of default against the District.  Accordingly, it is hereby

ORDERED that on or before ___July 25___, 2008, plaintiff shall either present evidence of timely service on the District and seek entry of default or show cause why the case should not be dismissed for failure to prosecute the case.  Plaintiff is advised that failure to comply timely with this Order will result in dismissal of this case.

- 2 -

SIGNED this __11th__ day of July, 2008.

/S/
_____
RICHARD W. ROBERTS
United States District Judge