```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                              )
**LINDA CRUZ-PACKER,**            )
                              )
    **Plaintiff,**          )
                              )
    **v.**                  )    **Civil Action No. 06-2263 (RWR)**
                              )
**DISTRICT OF COLUMBIA et al.,**  )
                              )
    **Defendants.**         )
_____)

## ORDER OF DISMISSAL

By a show cause order entered July 16, 2008, plaintiff was instructed to either present evidence of timely service on the sole remaining defendant, the District of Columbia, or to show cause why the case should not be dismissed for failure to prosecute, by July 25, 2008. Plaintiff has failed to respond to the show cause order. Accordingly, it is hereby

ORDERED that this action be, and hereby is, DISMISSED.

SIGNED this 29 day of July, 2008.

                                                                                        /s/_____
                                                                                       RICHARD W. ROBERTS
                                                                                       United States District Judge